1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                  NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9     ROBERT MCINNIS,                                Case No. 21-cv-04362-KAW  (PR)

                        Plaintiff,
10
                                                     **ORDER OF TRANSFER**
11          v.

12    CALIFORNIA STATE PRISON,
      CORCORAN CORRECTIONAL
13    OFFICERS,

14                      Defendants.

15

16          Plaintiff Robert McInnis, a state prisoner incarcerated at the California State Prison,

17    Corcoran, California ("CSP-COR"), has filed a civil rights action under 42 U.S.C. § 1983

      asserting that he was assaulted by Correctional Officers at CSP-COR.
18
            When jurisdiction is not founded solely on diversity, venue is proper in the district in
19
      which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in
20
      which a substantial part of the events or omissions giving rise to the claim occurred, or a
21
      substantial part of property that is the subject of the action is situated, or (3) a judicial district in
22
      which any defendant may be found, if there is no district in which the action may otherwise be
23
      brought.  *See* 28 U.S.C. § 1391(b).
24
            The acts complained of in this complaint occurred at CSP-COR, which is located in the
25
      Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this
26
      one.  *See* 28 U.S.C. § 1391(b).
27
            Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
28
      TRANSFERRED to the United States District Court for the Eastern District of California.  The

United States District Court
Northern District of California

Clerk of the Court shall terminate all motions and transfer the case.

      IT IS SO ORDERED.

Dated: August 2, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge